ORIGINAL

**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

JUDGE'S COPY

Feb 02 a
2023 ~~JAN 33~~ AM 11: 52

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA AND STATE OF TEXAS *ex rel.* GINGER KING, <br><br> Plaintiffs, <br><br> v. <br><br> METHODIST HOSPITAL OF DALLAS, d/b/a METHODIST HEALTHCARE SYSTEMS AND d/b/a METHODIST DALLAS MEDICAL CENTER, <br><br> Defendants. | Civil Action No. 3:21-CV-1923-B <br><br> Filed In Sealed Case |

THE UNITED STATES OF AMERICA'S DECLINATION NOTICE

1.     The United States of America (United States), pursuant to 31 U.S.C.

§ 3730(b)(4)(B), and on behalf of itself and the State of Texas, respectfully notifies the

Court of its decision not to intervene in this action.

2.     Although the United States and the State of Texas are declining to

intervene, the United States respectfully refers the Court to the provisions of the False

Claims Act, 31 U.S.C. § 3730(b)(1), which permit a relator to maintain the action in the

name of the United States; provided, however, that the "action may be dismissed only if

the Court and the Attorney General give written consent to the dismissal and their reasons

for consenting." The United States and the State of Texas request that, should either

Relator or Defendants propose that this action be dismissed, settled, or otherwise

United States of America's Declination Notice – Page 1

discontinued, this Court solicit the written consent of the United States and the State of Texas before ruling or granting its approval of such a request.

3.    The United States and the State of Texas further request that pursuant to 31 U.S.C. § 3730(c)(3), Relator and Defendants serve all pleadings filed in this action upon the United States, and that all Orders issued by the Court also be sent to the undersigned government counsel.

4.    The United States and the State of Texas reserve their right to order any deposition transcripts and to intervene in this action, for good cause shown, at a later date pursuant to 31 U.S.C. § 3730(c)(3).

5.    The United States and the State of Texas finally request that only the Complaint, this Notice, and the Court's accompanying Order be unsealed and served upon Defendants.  The United States and the State of Texas ask that all other materials in this matter (including, but not limited to, any applications filed by the United States and the State of Texas for an extension of time in which to intervene) remain under seal and not be made public or served on Defendants at any time because in discussing the content and extent of the United States' and the State of Texas' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

6.    A proposed Order accompanies this notice.

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

*Clay R. Mahaffey*
_____
CLAY R. MAHAFFEY
Assistant United States Attorney
Wyoming State Bar No. 6-3355
801 Cherry Street
Suite 1700
Fort Worth, Texas 76102
Telephone: 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
Email:  clay.mahaffey@usdoj.gov

Attorneys for the United States of America
And on Behalf of the State of Texas

## CERTIFICATE OF SERVICE

On February 2, 2023, I filed the foregoing document with the clerk of the U.S. District Court, Northern District of Texas. I hereby certify that a copy of the foregoing notice and proposed Order were mailed, first-class, to:

Robert E. Goodman, Jr.
KILGORE & KILGORE, PLLC
Kilgore Law Center
3109 Carlisle Street
Dallas, Texas 75204

Marc M. Orlow
Ross Begelman,
BEGELMAN & ORLOW, P.C.
411 Route 70 East, Suite 245
Cherry Hill, New Jersey 08034

*Clay R. Mahaffey*
CLAY R. MAHAFFEY
Assistant United States Attorney

ORIGINAL

JUDGE'S COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA AND
STATE OF TEXAS *ex rel.* GINGER KING,

    Plaintiffs,

v.

METHODIST HOSPITAL OF
DALLAS, d/b/a METHODIST
HEALTHCARE SYSTEMS AND d/b/a
METHODIST DALLAS MEDICAL
CENTER,

    Defendants.

Civil Action No. 3:21-CV-1923-B

Filed In Sealed Case

ORDER

Having reviewed the United States of America's Declination Notice, and pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), **IT IS HEREBY ORDERED** that:

1.    The Complaint in the above-referenced action shall be unsealed after the date of this Order and served upon Defendants by Relator;

2.    All other contents of the Court's file in this action shall remain under seal and shall not be made public or served upon Defendant pursuant to L.R. 79.4 or otherwise, except for this Order, the Complaint, and the United States of America's Declination Notice, which Relator shall serve upon Defendants only after service of the Complaint;

3.    The seal shall be lifted and all papers filed or lodged in this action after the date of this Order shall not be sealed, unless otherwise ordered by the Court;

4.      The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States and the State of Texas may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5.      All orders of this Court shall be sent to the United States and the State of Texas; and

6.      Should Relator or Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States and the State of Texas before ruling or granting its approval.

**SO ORDERED** on this ___ day of _____, 2023.

_____
HONORABLE JANE J. BOYLE
UNITED STATES DISTRICT JUDGE