UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and STATE OF TEXAS *ex rel.* GINGER KING, | § § § § | |
| Plaintiffs, | § § § | |
| v. | § § | CIVIL ACTION NO. 3:21-CV-1923-B |
| METHODIST HOSPITAL OF DALLAS, d/b/a METHODIST HEALTHCARE SYSTEMS and d/b/a METHODIST DALLAS MEDICAL CENTER, | § § § § § § | |
| Defendant. | § | |

## ORDER

Having reviewed the United States of America's Declination Notice (Doc. 26), and pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), **IT IS HEREBY ORDERED** that:

1.     The Complaint in the above-referenced action shall be unsealed after the date of this Order and served upon Defendant by Relator;

2.     All other contents of the Court's file in this action shall remain under seal and shall not be made public or served upon Defendant pursuant to L.R. 79.4 or otherwise, except for this Order, the Complaint, and the United States of America's Declination Notice, which Relator shall serve upon Defendant only after service of the Complaint;

3.     The seal shall be lifted, and all papers filed or lodged in this action after the date of this Order shall not be sealed, unless otherwise ordered by the Court;

4.      The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States and the State of Texas may order any deposition transcripts and are entitled to intervene in this action, for good cause, at any time;

5.      All orders of this Court shall be sent to the United States and the State of Texas; and

6.      Should Relator or Defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States and the State of Texas before ruling or granting its approval.

**SO ORDERED.**

**SIGNED: February 10, 2023.**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE