IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Ginger King,<br>ex rel United States of America and the State<br>of Texas, Relators, and Ginger King,<br>individually<br><br>*Plaintiff*<br><br>v.<br><br>Methodist Hospital of Dallas, d/b/a Methodist<br>Healthcare Systems and d/b/a Methodist<br>Dallas Medical Center,<br><br>*Defendant* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 3:21-CV-1923 |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Ginger King and Defendant Methodist Hospital of Dallas d/b/a Methodist Healthcare Systems and d/b/a Methodist Dallas Medical Center (collectively, the "Parties"), file this Joint Notice of Settlement and would show as follows:

1.      The Parties reached a settlement in the above captioned matter on January 23, 2025.

2.      The Parties are in the process of finalizing settlement documents and respectfully request thirty (30) days to file a stipulation of, or motion for, dismissal with prejudice.

3.      Any previously remaining issues between the Parties have been resolved by settlement.

JOINT NOTICE OF SETTLEMENT – Page 1

Respectfully submitted,

/s/ Robert E. Goodman, Jr.
Robert E. Goodman, Jr.
State Bar No. 08158100
reg@kilgorelaw.com
Kilgore & Kilgore, PLLC
3141 Hood Street, Suite 500
Dallas, Texas 75219
(214) 379-0823
(214) 379-0840 (telecopy)

BEGELMAN & ORLOW, P.C.
By:     Marc M. Orlow
        Ross Begelman
411 Route 70 East, Suite 245
Cherry Hill, New Jersey 08034
(856) 428-6020
Email: marc.orlow@begelmanorlow.com
Email: ross.beglman@begelman.orlow.com

COUNSEL TO PLAINTIFF

NORTON ROSE FULBRIGHT US LLP

/s/ Marc B. Collier *(with permission)*
Marc B. Collier
Texas State Bar No. 00792418
marc.collier@nortonrosefulbright.com
98 San Jacinto Boulevard, Suite 1100
Austin, Texas  78701-4255
Telephone: (512) 474-5201
Facsimile:  (512) 536-4598

Jeff J. Wurzburg (*pro hac vice*)
Texas State Bar No. 24105140
jeff.wurzburg@nortonrosefulbright.com
111 W. Houston Street, Suite 1800
San Antonio, Texas 78205
Telephone: (210) 270-9338
Facsimile:  (210) 270-7205

COUNSEL TO DEFENDANT

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was served by this Court's electronic filing system and/or by email to all counsel of record this 31st day of February 2025:

Marc B. Collier
Norton Rose Fulbright US, LLP
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701
marc.collier@nortonrosefulbright.com

Jeff J. Wurzburg
jeff.wurzburg@nortonrosefulbright.com
Norton Rose Fulbright US, LLP
111 W. Houston Street, Suite 1800
San Antonio, Texas 78205

/s/ Robert E. Goodman, Jr.
Robert E. Goodman, Jr.

JOINT NOTICE OF SETTLEMENT – Page 3